

**ORDER**

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Alexander Judka*
Assistant United States Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.Judka@usdoj.gov*

main:  (973) 645-2700
direct: (973) 645-2825

February 23, 2026

**<u>Via ECF</u>**
Honorable Edward S. Kiel, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building
4th and Cooper Streets
Camden, NJ 08101

  Re: *Garcia Canales v. Florentino, et al.*, 26-1461(ESK)
     **Consented Request for Leave to Delay Release of Petitioner**
     **Until Return to New Jersey**

Dear Judge Kiel:

  This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of her detention by U.S. Immigration and Customs Enforcement ("ICE").  This evening at 4:45 P.M., the Court ordered Petitioner's immediate release from custody "within the State of New Jersey" and directed Respondents to provide confirmation of Petitioner's release.  ECF No. 8.  With Petitioner's consent, we respectfully request leave for Respondents to delay the release of Petitioner until ICE returns her to New Jersey.

  As previously reported, Petitioner is detained at Diamondback Correctional Facility in Watonga, OK.  Due to the timing of the order and the extreme winter weather facing the Northeast, ICE indicated that it will not immediately be able to transport Petitioner back to New Jersey to facilitate her release according to the Court's order. Upon learning of this development, this Office immediately contacted Petitioner's counsel, who consented to delay Petitioner's release until her safe travel back to New Jersey, where she will be released pursuant to the Court's order.  This Office will remain in contact with Petitioner's counsel regarding the steps being taken to facilitate the Petitioner's release.

  We thank the Court's consideration of this unopposed request.

**So Ordered.**

   */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: February 24, 2026**

Respectfully submitted,

TODD BLANCHE